UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MATTHEW MOONEY,

                    Plaintiff,

    -v-

AXA ADVISORS, LLC, et al.,

                    Defendants.

------------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/13

No. 13 Civ. 3093 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 12, 2013, Defendants' filed a Notice of Motion and Motion on Consent for Leave to File Oversized Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint. On the same date, the parties' submitted a joint letter and proposed case management plan and scheduling order in advance of the initial pretrial conference scheduled for July 19, 2013. The joint letter proposes that discovery be stayed pending resolution of the Defendants' contemplated motion to dismiss. It is hereby,

    ORDERED that Defendants' motion is granted. Defendants' memorandum of law, as well as Plaintiff's opposition, may exceed the Court's 25 page limit by no more than 10 pages.

    IT IS FURTHER ORDERED that discovery in this matter is stayed pending resolution of Defendants' contemplated motion to dismiss. The initial pretrial conference scheduled for July 19, 2013 is adjourned sine die.

    The Clerk of Court is respectfully directed to terminate the motion pending at docket

number 8.

SO ORDERED.

Dated:     July 17, 2013
           New York, New York

Ronnie Abrams
United States District Judge