

ATLANTA    CLEVELAND    DAYTON    WASHINGTON, D.C.
CINCINNATI    COLUMBUS    NEW YORK

February 24, 2016

Maranda.Fritz@thompsonhine.com
Phone 212-908-3966

**VIA ECF and EMAIL**

Honorable James L. Cott
United States Magistrate Judge
500 Pearl Street, Room 1360
United States Courthouse
New York, NY 10017
Email: CottNYSDChambers@nysd.uscourts.gov

RE: *Matthew Mooney v. AXA Advisors, LLC, et al.*, **13-CV-3093 (MMB) (JLC)**

Dear Judge Cott:

    I write to update the Court regarding the settlement of the above-referenced matter. The parties have finalized their Settlement Agreement and those agreements have been forwarded to the clients for their execution. We anticipate that the Settlement Agreements will be executed and a Stipulation of Discontinuance filed within the next week.

    Again, we thank the Court for its tremendous assistance in the resolution of this matter.

Respectfully Submitted,

*/s/ Maranda Fritz*

Maranda E. Fritz

cc:    Philip Zisook (via ECF)
       Lee Farbman (via ECF)
       Ryan Janski (via ECF)
       James F.X. Hiler (via ECF)

THOMPSON HINE LLP    335 Madison Avenue    www.ThompsonHine.com
ATTORNEYS AT LAW    12th Floor    Phone 212.344.5680
New York, New York 10017-4611    Fax 212.344.6101